UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDIE LEE JOHNSON, | Case No. 1:15-cv-0645-BAM |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| CAROLYN W. COLVIN, acting commissioner of social security, | |
| Defendant. | |

Pursuant to the stipulation of dismissal filed on January 17, 2016 (Doc. 16), this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees, costs and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 25, 2016**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

1